UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Civil No. 06CV907-L(CAB) |
| )                                    | |
| Plaintiff,       ) | **ORDER STRIKING DOCUMENT FROM THE RECORD** |
| )                                    | |
| v.                                  ) | |
| )                                    | |
| RAYMOND A. HOOPER, *et al.*,        ) | |
| )                                    | |
| Defendants.      ) | |
| )                                    | |

On February 21, 2007, Plaintiff filed a pleading styled as (1) Stipulation for Entry of Judgment, (2) Judgment in a Civil Case, and (3) Order. (Docket No. 15.) This document is rejected and stricken from the record because it contains a proposed order which fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual § 2(h) (Proposed Orders and Orders). The Electronic Case Filing Administrative Policies and Procedures Manual is accessible to the public on the court's website at www.casd.uscourts.gov.

The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** the pleading styled as (1) Stipulation for Entry of Judgment, (2) Judgment in a Civil Case, and (3) Order, filed February 21, 2007 (docket no. 15).

**IT IS SO ORDERED**.

DATED: February 22, 2007

M. James Lorenz
United States District Court Judge

06c907

1  COPY TO:

2  HON. CATHY A. BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL